No. 80–862.   McNeil *v.* North Carolina.   Ct. App. N. C. Certiorari denied.

No. 80–863.   Wolski *v.* Illinois.   App. Ct. Ill., 2d Dist. Certiorari denied.

No. 80–864.   Pathway Bellows, Inc. *v.* Blanchette et al., Trustees.   C. A. 2d Cir.   Certiorari denied.

No. 80–865.   Harris et al. *v.* Virginia; and
No. 80–884.   Syski *v.* Virginia.   Sup. Ct. Va.   Certiorari denied.   Reported below: No. 80–865, 221 Va. xcviii; No. 80–884, 221 Va. cxlviii.

No. 80–873.   W. W. Leasing Unlimited *v.* County of Monterey.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 80–876.   Scarpelli *v.* Illinois.   App. Ct. Ill., 2d Dist.   Certiorari denied.

No. 80–877.   Hopkins et al. *v.* Rector, Churchwardens, and Vestrymen of the Parish of Calvary, Holy Communion and St. George's in the City of New York, et al. App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 80–879.   Sax et al. *v.* Oliff et al.   C. A. 7th Cir. Certiorari denied.

No. 80–881.   Tema Oil Co. et al. *v.* Federal Energy Regulatory Commission.   C. A. D. C. Cir.   Certiorari denied.

No. 80–891.   AuBuchon *v.* Missouri.   C. A. 8th Cir. Certiorari denied.